UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00222-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JULIO ALEJANDRO ORTIZ-CRUZ,

    Defendant.
_____

**ORDER**
_____

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, June 30, 2008,** and responses to these motions shall be filed by **Monday, July 14 , 2008.** It is

FURTHER ORDERED that counsel will request a hearing on all pending motions, if necessary, at a later date. It is

FURTHER ORDERED that a 3-day jury trial is set for **Monday, July 28, 2008, at 9:00 a.m. in courtroom A-1002.**

Dated: May 29, 2008

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge